394 A.2d 632

Yannes, Appellant, v. Yannes.

626

Argued June 16, 1978. Sidney Ginsberg, for appellant; Stuart R. Lundy, for appellee.

Order affirmed.